159 F.3d 1352
 Mark Jon Martin
v.
Pennsylvania State Police, Glenn A. Walp, Commissioner,
Pennsylvania State Police, William A. McGlynn, Major, Tyree
Blocker, Captain, Thomas K. Coury, Captain, John Gain,
Sergeant, Leroy Hopkins, Corporal, Henry Wells, Corporal,
William H. McHale, Corporal, Glenn E. Blue, Trooper, Thomas
Pinkerton, Trooper, John Sugars
 NO. 97-1962
 United States Court of Appeals,
Third Circuit.
 July 02, 1998
 Appeal From: E.D.Pa. ,No.95cv03140
 
 1
 Affirmed.